

**Sarah Michelle Gilbert**
SGilbert@crowell.com
(212) 895-4226  direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000  main
+1.212.223.4134  fax

February 28, 2022

**FILED ELECTRONICALLY BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Molly C. and Naomi L. v. Oxford Health Insurance, Inc.*, Case No. 1:21-cv-10144-PGG

Dear Judge Gardephe:

We represent Defendant Oxford Health Insurance, Inc. in the above-referenced action. Pursuant to Paragraph I(E) of Your Honor's Individual Rules of Practice, Defendant, jointly with Plaintiffs, respectfully requests an adjournment of the pretrial conference scheduled for March 10, 2022 at 10:00 AM (ECF No. 2) and the corresponding submission of the joint letter required to be filed seven days before the conference date.

Defendant filed a letter today requesting a pre-motion conference on its proposed motion to dismiss. The parties respectfully request an adjournment of the pretrial conference until after the Court issues a decision on the Defendant's motion to dismiss, in the event the Court grants Defendant leave to file it, or Defendant files an Answer.

Plaintiffs have consented to this joint request for an adjournment, which is requested in order to allow the parties to continue to engage in preliminary settlement discussions.

Thank you for your attention to this matter.

**Memo Endorsed:** In light of Defendant's anticipated motion to dismiss, the initial pre-trial conference scheduled for March 10, 2022 is adjourned <u>sine die</u>. The Court will address Defendant's request for a pre-motion conference (Dkt. No. 21) in a separate order after receiving Plaintiff's responsive letter.

Respectfully submitted,

*s/ Sarah M. Gilbert*
Sarah M. Gilbert

SO ORDERED.

*[signature]*
Paul G. Gardephe
United States District Judge
Dated:  March 3, 2022