```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MOLLY C., et al.,

        Plaintiffs,

-against-

OXFORD HEALTH INSURANCE, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/28/2023

21-CV-10144 (PGG) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT AND DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action is now referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, for default judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    The Court is in receipt of plaintiffs' letter-motion seeking a discovery conference (Dkt. 58), and defendant's opposition. (Dkt. 59.) As defendant's opposition states that the parties have not met and conferred concerning plaintiff's requested relief, plaintiff's motion is DENIED without prejudice to renewal. The parties are hereby ORDERED to meet and confer, in good faith and in real time, in order to either narrow or resolve the disputes raised in plaintiffs' letter-motion.

    If, after meeting and conferring, plaintiffs choose to renew their letter-application, they shall do so no later than **October 5, 2023**, in compliance with Moses Ind. Prac. § 2(b). Defendant's opposition is due no later than **October 11, 2023**. *See id.* § 2(e). Plaintiffs' reply, if any, is due no

later than **October 13, 2023**. *See id.* The Court will hold a discovery conference on **October 16, 2023, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

If the parties are able to resolve the current disputes without the need for court intervention before plaintiffs' deadline to renew their application, plaintiff shall so advise in lieu of such renewal, and the Court will cancel the discovery conference.

This Order resolves the motion at Dkt. 58.

Dated: New York, New York  
September 28, 2023

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**