USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLLY C., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> OXFORD HEALTH INSURANCE, INC., <br><br> Defendant. | 21-CV-10144 (PGG) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during today's telephonic conference, plaintiffs' deadline to request leave pursuant to ¶ 7(c) of the Civil Case Management Plan and Scheduling Order (Dkt. 50) to offer expert testimony beyond the scope of defendant's disclosures is hereby EXTENDED to **February 1, 2024**. Plaintiff's further expert report, if any, shall be filed no later than **February 12, 2024**. All expert discovery relating to class certification issues must be completed by **February 28, 2024.**

Dated: New York, New York
       January 23, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**