```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/2024
```



**HEALTH LAW**
*Appeals and Litigation*

201 N. Brand Boulevard, Suite 200
Glendale, CA 91203
(818) 722-1164
egreen@greenhealthlaw.com

**MEMO ENDORSED**

February 28, 2024

> Application GRANTED. SO ORDERED.
>
> *[signature]*
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **February 29, 2024**

**Filed Electronically Via ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    Joint Letter Requesting Extension of Briefing Deadlines for Plaintiffs' Motion for Class Certification
*Molly C. and Naomi L. v. Oxford Health Ins. Inc.*
Case No. 21-CV-10144 (PGG) (BCM)

Dear Judge Gardephe:

    The undersigned counsel for the parties in the above-entitled matter jointly submit this letter requesting an extension of the briefing deadlines for Plaintiffs' Motion for Class Certification.

    On March 3, 2023, the Court set the following briefing schedule for Plaintiffs' Motion for Class Certification (Dkt. No. 50):

> Plaintiff's Motion for Class Certification shall be filed by March 8, 2024.
> Opposition to the Motion for Class Certification shall be filed by April 12, 2024.
> Reply in support of Motion for Class Certification shall be filed by May 10, 2024.

Counsel have met and conferred in person and by email regarding an extension to these briefing deadlines. The parties jointly request that the Court grant short extensions to the briefing deadlines as follows:

> Plaintiff's Motion for Class Certification shall be filed by March 22, 2024.
> Opposition to the Motion for Class Certification shall be filed by May 10, 2024.
> Reply in support of Motion for Class Certification shall be filed by June 7, 2024.

                                               Very truly yours,
                                               Green Health Law, APC

                                               /s/ *Elizabeth K. Green*
                                               Elizabeth K. Green
                                               Admitted *pro hac vice*
                                               Counsel for Plaintiffs Molly C. and Naomi L.

                                                   Crowell & Moring LLP

                                                   /s/ *Andrew Holmer*
                                                   Andrew Holmer
                                                   Admitted *pro hac vice*
                                                   Counsel for Defendant Oxford Health Ins. Inc.