

201 N. Brand Boulevard, Suite 200
Glendale, CA 91203
(818) 722-1164
egreen@greenhealthlaw.com

May 21, 2024

**<u>Filed Electronically Via ECF</u>**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:    Joint Letter Requesting Briefing Schedule for Defendant's Motion to Exclude the Opinion Evidence of Plaintiffs' Expert Frank Fox
*Molly C. and Naomi L. v. Oxford Health Ins. Inc.*
Case No. 21-CV-10144 (PGG) (BCM)

Dear Judge Gardephe:

The undersigned counsel for the parties in the above-entitled matter jointly submit this letter requesting the following briefing schedule regarding Defendant's Motion to Exclude the Opinion Evidence of Plaintiffs' Expert Frank Fox which was served on Plaintiffs' in conjunction with Defendant's Opposition to Plaintiffs' Motion for Class Certification on May 10, 2024.

The parties jointly agree that Plaintiffs will serve their opposition brief to the Motion to Exclude by June 7, 2024, and Defendant will serve and file their reply brief regarding the Motion to Exclude by June 28, 2024. The court's bundling rule requires the parties to then file their briefs regarding the Motion to Exclude on June 28, 2024. The parties request the Court's approval of the above briefing schedule.

Very truly yours,
Green Health Law, APC

/s/ *Elizabeth K. Green*
Elizabeth K. Green
Admitted *pro hac vice*
Counsel for Plaintiffs Molly C. and Naomi L.

Crowell & Moring LLP

/s/ *Lauren Nunez*
Lauren Nunez
Admitted *pro hac vice*
Counsel for Defendant Oxford Health Ins. Inc.