```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOLLY C., et al.,

        Plaintiffs,

  -against-

OXFORD HEALTH INSURANCE, INC.,

        Defendant.

21-CV-10144 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed (i) plaintiffs' June 7, 2024 motion (Dkt. 92) requesting that the unredacted versions of Exhibits A, B, C, and E to the Declaration of Elizabeth K. Green (Dkt. 91-1), now filed under seal at Dkt. 93-2, remain under seal, and (ii) defendant's June 10, 2024 letter motion (Dkt. 102), joining in plaintiffs' request and adding their own request that the unredacted version of plaintiffs' June 7, 2024 opposition memorandum (Dkt. 91), now filed under seal at Dkt. 93-1, remain under seal.

    Both motions are GRANTED for substantially the reasons set forth therein, subject to reconsideration, if necessary, after the underlying motion (to exclude the opinion evidence offered by plaintiff's expert Dr. Frank Fox) is fully briefed. The Clerk of Court is respectfully directed to close the motions at Dkt. 92 and 102.

Dated: New York, New York
       June 11, 2024

                                SO ORDERED.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**