```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOLLY C., et al.,

        Plaintiffs,

-against-

OXFORD HEALTH INSURANCE, INC.,

        Defendant.

21-CV-10144 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed:

(i)     plaintiffs' June 7, 2024 motion (Dkts. 88, 89) requesting that the unredacted versions of their Motion For Class Certification (Dkt. 87) and Exhibits A, B (filed entirely under seal), C (filed entirely under seal), D, E, F, J, K, and L, to the First Declaration of Elizabeth K. Green (Dkts. 87-2 to 87-4), now filed under seal at Dkts. 89-2 to 89-5, remain under seal;

(ii)     defendant's June 10, 2024 letter motion (Dkt. 101), joining in plaintiffs' request as to Exhibits A, D, E, F, J, K, and L; and

(iii)     defendant's June 7, 2024 motion (Dkt. 98, 99) requesting that the unredacted versions of Exhibits 1, 5, 7, 8, and 10-16 to the Declaration of Lauren Nunez in Support of Defendant's Opposition To Plaintiffs' Motion For Class Certification (Dkt. 96), now filed under seal at Dkt. 100, remain under seal.

The motions are GRANTED IN PART for substantially the reasons set forth therein. However, the Court is unconvinced that widely-available plan documents such as the brochure entitled "Your Oxford Medical Benefits Plan Information" and the "Oxford Health Insurance, Inc. NY Large Oxford Exclusive Liberty Plan Certificate of Coverage & Member Handbook," Green Decl. Ex. B (Dkt. 89-2) at ECF pp. 43-200; *id.* Ex. C (Dkt. 89-3) at ECF pp. 9-168, should remain under seal. No later than **October 21, 2024**, plaintiffs must either (1) file a supplemental letter explaining why these documents require sealing or (2) refile them in public view.

The Clerk of Court is respectfully directed to close the motions at Dkts. 88, 98, and 101.

Dated: New York, New York
        October 7, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**